UNITED STATES DISTRICT COURT                                          MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/30/08           CASE NUMBER: 08-015676M-SD

USA vs. Silvestre Romero-Cruz                                     CLOSED

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER Ricardo Gonzalez
                                            LANGUAGE Spanish
Attorney for Defendant  Lorna Spencer for Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA___
☐ Financial Afdvt taken      ☐ Initial Appearance            ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)               ☐ Defendant Sworn                ☐ Financial Afdvt sealed
                             ☐ Defendant states true name to be ___. Further proceedings ORDERED
                               in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Plea |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☒ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of the complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.


Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
## SOUTHERN DISTRICT OF CALIFORNIA - Yuma
DATE: 4/23/2008    CASE NUMBER: 08-15676M-SD-001

USA vs. Silvestre Romero-Cruz

U.S. MAGISTRATE JUDGE: JAY R. IRWIN    #: 70BK

A.U.S. Attorney _____    INTERPRETER: Marcia Resler
LANGUAGE: Spanish

Attorney for Defendant: Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA ___
☐ Financial Afdvt taken        ☐ Initial Appearance        ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                 ☐ Defendant Sworn           ☐ Financial Afdvt sealed
                               ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Plea / Sentence
☐ Held  ☐ Con't  ☐ Reset

Set for:  4/30/08 at 1:00 pm
Before:   Magistrate Judge Irwin

Other: Defense moves for a continuance of the plea hearing. Government has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT                           MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/21/2008          CASE NUMBER: 08-15676M-SD-001

USA vs. Silvestre Romero-Cruz

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____     INTERPRETER  Marcia Resler
                                            LANGUAGE  Spanish
Attorney for Defendant  Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA 4/20/08          ☒ Initial Appearance          ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ Defendant Sworn          ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>    ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Plea and possible sentence are set for 4/23/08 at 1:00 pm before Magistrate Judge Irwin.

                                            Recorded by Courtsmart
                                            BY:  Angela J. Tuohy
                                            Deputy Clerk

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Silvestre ROMERO-Cruz
Citizen of Mexico
YOB: 1977
079652947
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15676M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
That on or about April 20, 2007, Defendant Silvestre ROMERO-Cruz was arrested and removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about April 20, 2008, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II
That on or about April 20, 2008, within the Southern District of California, Defendant Silvestre ROMERO-Cruz, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on March 5, 2007 (Felony).

### COUNT III
That on or about April 20, 2008, within the Southern District of California, Defendant Silvestre ROMERO-Cruz, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Gabe Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 21, 2008                at            Yuma, Arizona
Date                                        City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Silvestre ROMERO-Cruz

Dependents: 1 Mexican

**IMMIGRATION HISTORY:** The Defendant was last removed through Nogales, Arizona on April 20, 2007. **The Defendant has seven (7) total previous removals and twenty-five (25) prior arrests by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 07/22/07 Norwalk, CA | DUI | None Found |
| 03/05/07 Yuma, AZ | Entry w/o Inspection | 50 Days Jail |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on April 20, 2008.

Charges:  8 USC§1326   (Felony)
          8 USC§1325   (Felony)
          8 USC§1325   (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__April 21, 2008_____
Date

_____
Signature of Judicial Officer